IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LOTT JOHNSON,  )<br>Reg #68620-079  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TOM VILSACK, Secretary,  )<br>Department of Agriculture, et al.,  )<br>   Defendants.  ) | **Case No. 4:12-CV-00371 JLH-JTK** |

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, the complaint against Tom Vilsack, Secretary, Department of Agriculture, is dismissed with prejudice.

IT IS SO ORDERED this 5th day of June, 2014.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE