## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| LOTT JOHNSON,<br>Reg #68620-079<br>　　Plaintiff,<br><br>v.<br><br>TOM VILSACK, Secretary,<br>Department of Agriculture, et al.,<br>　　Defendants. | **Case No. 4:12-CV-00371 JLH-JTK** |

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, judgment shall be entered dismissing this complaint without prejudice.

IT IS SO ORDERED this 2nd day of September, 2014.

　　　　　　　　　　　　　　　　　　　*/s/ J. Leon Holmes*
　　　　　　　　　　　　　　　　　　　J. LEON HOLMES
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE